```
                                             FILED
                                         U.S. DISTRICT COURT
                                       EASTERN DISTRICT OF LA

                                         2006 NOV -9  P 4: 11

                                         LORETTA G. WHYTE
                                              CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TIMOTHY A. TOBIN                     CIVIL ACTION

VERSUS                              NO. 06-1073

JO ANNE B. BARNHART,            SECTION "F" (2)
COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION

## ORDER

The Court, after considering the petition, the record, the applicable law, the Magistrate Judge's Findings and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly, IT IS ORDERED that plaintiff's complaint be and is hereby DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 9th day of NOVEMBER, 2006.

_____
UNITED STATES DISTRICT JUDGE