UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 NOV -9 P 4: 11

LORETTA G. WHYTE
CLERK

TIMOTHY A. TOBIN                                      CIVIL ACTION

VERSUS                                                NO. 06-1073

JO ANNE B. BARNHART,                                  SECTION "F" (2)
COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion, Accordingly;

IT IS ORDERED that plaintiff's complaint be and is hereby DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 9th Day of November, 2006.

_____
UNITED STATES DISTRICT JUDGE